IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 8:02CR285 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| JOHN NEWBERRY, | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to amend his sentence. Filing No. 120. The court notes that defendant has appointed counsel in this matter. The court sentenced defendant on March 2, 2012, and filed Judgment which found that revocation of supervised release was appropriate. Filing No. 118. The court will deny this motion and will refer it to appointed counsel. If counsel feels that (1) this court has jurisdiction over this particular matter, and (2) the motion has merit, counsel is free to file an appropriate motion.

THEREFORE, IT IS ORDERED that defendant's motion to amend sentence, Filing No. 120, is denied.

DATED this 16th day of April, 2012.

BY THE COURT:

s/Joseph F. Bataillon
United States District Judge